592 S.E.2d 625

Willie ROBERTSON, Raymond Brown and Richard Pinckney, individually and d/b/a Hollywood Financial Enterprises, Inc., Petitioners,

v.

FIRST UNION NATIONAL BANK formerly known as First Union National Bank of South Carolina and Atlantic Appraisals, Respondents,

v.

United States of America by and through its agency, The Department of Treasury–Internal Revenue Service, South Carolina Department of Revenue and Taxation, Charleston County Business License User Fees Department, Respondents.

No. 25773.

Supreme Court of South Carolina.

Heard Nov. 18, 2003.
Decided Jan. 27, 2004.

Edward M. Brown, of Edward M. Brown & Associates, of Charleston, for Petitioners.

Joe S. Dusenbury, Jr., of the South Carolina Department of Revenue, of Columbia; LaVerne H. Manning, of the U.S. Attorney's Office, of Columbia; Samuel W. Howell, IV, of Howell & Linkous, of Charleston; Stephen P. Groves, Sr., and H. Michael Bowers, of Nexsen, Pruet, Jacobs, Pollard & Robinson, of Charleston; W. Andrew Gowder, Jr., and Amanda Rajsich, of Pratt–Thomas, Epting & Walker, of Charleston, for Respondents.

ON WRIT OF CERTIORARI TO THE
COURT OF APPEALS.

PER CURIAM:

We granted certiorari to review the Court of Appeals' decision in *Robertson v. First Union Nat'l Bank*, 350 S.C. 339,

565 S.E.2d 309 (Ct.App.2002).   After careful consideration, we dismiss certiorari as improvidently granted.

**DISMISSED.**

TOAL, C.J., MOORE, WALLER, PLEICONES, JJ., and Acting Justice JOHN W. KITTREDGE, concur.